**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6204**

─────────────

WILLIAM C. BREWSTER,

                              Petitioner - Appellant,

        versus

KEITH E. OLSON, Warden,

                              Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  David A. Faber, District Judge.  (CA-97-975-5)

─────────────

Submitted:  April 7, 1998            Decided:  June 22, 1998

─────────────

Before WILKINS and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

William C. Brewster, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Brewster v. Olson, No. CA-97-975-5 (S.D.W. Va. Dec. 1, 1997). Brewster's motions for release on bond pending appeal, to expedite appellate review, and for appellate court review are now moot and therefore denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED